IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.1:19MJ 519 |
| v. ) | CLASS A MISDEMEANOR |
| ) | Court Date: December 10, 2019 |
| KEVIN G. FLIGHT, ) | |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION
(Count 1 –CLASS A MISDEMEANOR- 7880312)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 27, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, KEVIN G. FLIGHT, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Cocaine, a Schedule II controlled substance.

(Violation of Title 21, United States Code, Section 844).

(Count 2- CLASS B PETTY - 7880309)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about November 27, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, KEVIN G. FLIGHT, did unlawfully drive a motor vehicle on the highways in the Commonwealth of Virginia at a speed of twenty miles per hour or more in excess of the applicable maximum speed limits.

(Violation of Title 36, Code of Federal Regulations, Section 4.2, adopting Title 46.2, Code of Virginia, Section 862(i)).

(Count 3- CLASS B PETTY- 7880310)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about November 27, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, KEVIN G. FLIGHT, did unlawfully operate a motor vehicle on a highway in the Commonwealth of Virginia by exceeding the posted speed limit, to wit: traveling 70 mph in a posted 40 mph zone.

(Violation of Title 36, Code of Federal Regulations, Section 4.21(c)).

Count 4- CLASS B PETTY- 7880311)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about November 27, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, KEVIN G. FLIGHT, did unlawfully resist and intentionally interfere with a government employee engaged in an official duty or on account of the performance of an official duty.

(Violation of Title 36, Code of Federal Regulations, Section 2.32(a)(1)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
William E. Fitzpatrick
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3700
Fax: (703)-299-3980
William.Fitzpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the 6th day of December, 2019.

William E. Fitzpatrick
Assistant U.S. Attorney